**Anthony BURKE, by his Parent and Natural Guardian, John BURKE, Petitioner**

v.

**INDEPENDENCE BLUE CROSS, Respondent.**

Supreme Court of Pennsylvania.

July 11, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 11th day of July, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue is:

Did the Pennsylvania General Assembly intend to deprive families of children with autism of the right to appeal insurance denials to court[,] while granting that right to insurance companies?